UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DEAN HERSEY EL BEY,<br><br>    Plaintiff,<br><br>    v.<br><br>J. RUSSELL,<br><br>    Defendant. | Case No. 23-cv-00107-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Plaintiff initiated and is prosecuting this civil rights excessive force action without the benefit of an attorney. Defendant answered the complaint as narrowed by the Court. Plaintiff did not appear at the initial case management conference held on March 28, 2024 and did not participate in filing a joint case management conference statement. The Court nonetheless issued a pretrial order adopting the case schedule Defendant proposed. (Dkt. Nos. 28, 29.) The pretrial order scheduled a further case management conference for July 11, 2024. (Dkt. No. 29 at 1.)

According to Defendant's further case management conference statement filed July 3, 2024, Plaintiff did not respond to Defendant's communications regarding submission of a joint case management conference statement. (Dkt. No. 30 at 1.) Plaintiff also did not appear for his noticed deposition or respond to Defendant's request for written discovery. (Dkt. No. 30 at 3.)

As Plaintiff has not fulfilled his responsibilities to prosecute this action, including responding to Defendant's discovery requests and participating in the submission of a joint case management conference statement, he is ORDERED TO SHOW CAUSE why this action should not be DISSMISSED based on his failure to prosecute. *See* Fed. R. Civ. P. 41(b). In particular, to keep his action from being dismissed, Plaintiff shall file a written submission with this Court by **July 18, 2024,** explaining why he has not complied with Defendant's discovery requests and has

not participated in the submission of a joint case management conference statement.

The case management conference scheduled for July 11, 2024 is continued to August 8, 2025 at 1:30 p.m. via Zoom video. Plaintiff must communicate with Defendant's counsel and cooperate in the submission of a joint case management conference statement by August 1, 2024.

**Plaintiff is warned that his failure to file a written submission by July 18, 2024 showing good cause for his failure to respond to Defendant's discovery requests and cooperate in the submission of a case management conference statement, as well as his failure to participate in the submission of a joint case management conference statement for the continued further case management conference now scheduled for August 8, 2024, will likely result in the DISMISSAL OF HIS CASE WITH PREJUDICE.**

Plaintiff is reminded he may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, he will be able to speak with an attorney who may be able to provide basic legal help but not representation.

**IT IS SO ORDERED.**

Dated: July 5, 2024

JACQUELINE SCOTT CORLEY
United States District Judge